ORIGINAL

**SMITH HIMMELMANN**
Attorneys at Law • A Law Corporation
**ELBRIDGE W. SMITH** [HI #2079]
745 Fort Street, Suite 311
Honolulu, Hawaii 96813
Telephone No.: (808) 523-5050
Fax No.: (808) 538-1382
Email: shlaw@hawaii.rr.com

Attorneys for Plaintiff

LODGED
NOV 17 2005
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 22 2005
at 9 o'clock and 25 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM C. PARK, | ) CIVIL NO. **CV04 00703** DAE/BMK |
| Plaintiff, | ) |
| vs. | ) **Stipulation To Allow Plaintiff to File** |
| | ) **Second Amended Employment** |
| U.S. Department of Veterans Affairs; | ) **Discrimination Complaint; Order** |
| R. JAMES NICHOLSON, Secretary | ) |
| Department of Veterans Affairs, | ) |
| | ) |
| Defendant. | ) Magistrate Judge Barry M. Kurren |
| | ) |

H:\CLIENTS\Park\USDC Plead\11-10-05 Stip To Allow Pltf to File 2nd Amended Complaint - Order.wpd

**Stipulation To Allow Plaintiff to
File Second Amended Employment Discrimination Complaint**

IT IS HEREBY STIPULATED by and between the undersigned parties, through their respective counsel, that Plaintiff may file a Second Amended Employment Discrimination Complaint in order to correct the typographical errors in ¶34 of the Plaintiff's First Amended Employment Discrimination Complaint, filed

on July 5, 2005.

DATED: Honolulu, Hawaii, _____2 2 DEC 2005_____.

_____  
ELBRIDGE W. SMITH  
Attorney for Plaintiff

EDWARD H. KUBO, JR.  
United States Attorney  
District of Hawaii

By _____  
EDRIC M. CHING  
Assistant U.S. Attorney  
Attorneys for Defendants

APPROVED AND SO ORDERED:

_____  
UNITED STATES MAGISTRATE JUDGE

Park v. U.S. Dept of Veterans Affairs, et al.;  
Civil No. 04-00703 DAE BMK  
"Stipulation to Allow Plaintiff To File Second Amended Employment Discrimination Complaint; Order"

2