EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: edric.ching@usdoj.gov

Attorneys for Defendants

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 5 2005

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM C. PARK,<br><br>          Plaintiff,<br><br>     vs.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS; ANTHONY J. PRINCIPI, Acting Secretary, Dept. of Veterans Affairs<br><br>          Defendant. | CIVIL NO. 04-703 05-00013 JMS BMK<br><br>CERTIFICATE OF SERVICE RE: DEFENDANTS U.S. DEPARTMENT OF VETERANS AFFAIRS AND ANTHONY J. PRINCIPI, ACTING SECRETARY, DEPT. OF VETERANS AFFAIRS' INITIAL DISCLOSURES |

CERTIFICATE OF SERVICE RE: DEFENDANTS
U.S. DEPARTMENT OF VETERANS AFFAIRS AND
ANTHONY J. PRINCIPI, ACTING SECRETARY,
DEPARTMENT OF VETERANS AFFAIRS' INITIAL DISCLOSURES

I HEREBY CERTIFY that a true and correct copy of the Defendants U.S. Department of Veterans Affairs and Anthony J. Principi, Acting Secretary, Department of Veterans Affairs'

Initial Disclosures, dated December 5, 2005 was duly served via United States mail, postage prepaid, as set forth below:

>Elbridge W. Smith, Esq.
>Terence Y. Herndon, Esq.
>Smith Himmelmann
>745 Fort Street, Suite 311
>Honolulu, HI 96813-3803

DATED: December 5, 2005, at Honolulu, Hawaii.