**SMITH HIMMELMANN**
Attorneys at Law • A Law Corporation
**ELBRIDGE W. SMITH** [HI #2079]
745 Fort Street, Suite 311
Honolulu, Hawaii  96813
Telephone No.:  (808) 523-5050
Fax No.:  (808) 538-1382
Email: shlaw@hawaii.rr.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM C. PARK, | ) CV04-00703 DAE-BMK |
| Plaintiff, | ) |
| vs. | ) |
| DEPARTMENT OF VETERANS AFFAIRS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

H:\CLIENTS\Park\USDC Plead\05-25-06 Plaintiff's Notice of Counsel Status.wpd

**PLAINTIFF'S  NOTICE OF  COUNSEL STATUS**

Plaintiff William C. Park, by and through his counsel undersigned, hereby gives notice that former associate attorney Terence Y. Herndon is no longer associated with counsel of record SMITH HIMMELMANN, AAL, ALC, and should not be included in the court record or for service in this action.

DATED: Honolulu, Hawaii, May 25, 2006.

   /s/ Elbridge W. Smith
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM C. PARK, ) | CV04-00703 DAE-BMK |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| DEPARTMENT OF VETERANS ) | |
| AFFAIRS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Plaintiff's Notice Of Counsel Status was duly served, on the person named below, by USDC Electronic Filing, on this date to: Edric M. Ching, Assistant U.S. Attorney at edric.ching@usdoj.gov.

DATED: Honolulu, Hawaii, May 25, 2006.


      /s/ Elbridge W. Smith
      Attorney for Plaintiff