# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7-18-06  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV 04-00703DAE-BMK

CASE NAME:       William C. Park v. U.S. Department of Veterans Affairs, et al.

ATTYS FOR PLA:   Elbridge Smith

ATTYS FOR DEFT:  Edric Ching

INTERPRETER:

JUDGE:   Barry M. Kurren           REPORTER:   Chambers

DATE:    7-18-06                   TIME:       11 - 11:35

COURT ACTION:   EP: Settlement Conference held.  Further Settlement Conference set for 8-22-06-@ 10 a.m., BMK.

Submitted by Richlyn W. Young, courtroom manager