# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/17/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV 04-00703DAE-BMK

CASE NAME:       William C. Park v. U.S. Department of Veterans Affairs, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:  Colleen Welch by phone, Edric M. Ching

INTERPRETER:

| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE:  | 08/17/2006       | TIME:      | 11 - 11:20 |

COURT ACTION:  EP: Further Settlement Conference with defendants' counsel held.

Submitted by Richlyn Young, Courtroom Manager