# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/05/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 04-00703DAE-BMK

CASE NAME:      William C. Park v. U.S. Department of Veterans Affairs, et al.

ATTYS FOR PLA:      Elbridge W. Smith

ATTYS FOR DEFT:      Edric M.C. Ching

INTERPRETER:

| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
|---|---|---|---|
| DATE: | 09/05/2006 | TIME: | 1:30 - 2:05 |

COURT ACTION:  EP: Further Settlement Conference held.  No settlement at this time. Further conference on call.

Submitted by Richlyn Young, Courtroom Manager