# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/20/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00703DAE-BMK |
| CASE NAME: | William C. Park v. U.S. Department of Veterans Affairs |
| ATTYS FOR PLA: | Elbridge Smith |
| ATTYS FOR DEFT: | Edric Ching |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 11/20/2006 | TIME: | 2 - 2:30 |

COURT ACTION:  EP: Further Settlement Conference held.  No settlement at this time.  Further conference on call.

Submitted by Richlyn W. Young, courtroom manager