# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/05/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00703DAE-BMK |
| CASE NAME: | William C. Park v. U.S. Department of Veterans Affairs |
| ATTYS FOR PLA: | Elbridge W. Smith |
| ATTYS FOR DEFT: | Edric M.K. Ching |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 12/05/2006 | TIME: | 9:15 - 9:45 |

COURT ACTION:  EP: Further Settlement Conference held.  Close to settlement. Parties working on settlement documents.

Further Settlement Conference set for 12/7/2006 is vacated.

Submitted by Richlyn W. Young, courtroom manager