# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/22/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV 04-00703DAE-BMK

CASE NAME:       William C. Park v. U.S. Department of Veterans Affairs

ATTYS FOR PLA:   Elbridge C. Smith

ATTYS FOR DEFT:  Edric M.K. Ching

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 01/22/2007 | TIME: | 2:25 - 2:27 |

COURT ACTION:  EP: Status Conference Re Settlement - dismissal documents to be submitted.  No further hearing set.

Submitted by Richlyn Young, Courtroom Manager