EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

EDRIC M. CHING  6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Defendant
DEPARTMENT OF VETERANS AFFAIRS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM C. PARK, | CIVIL NO. 04-00703 DAE BMK |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER |
| vs. | |
| DEPARTMENT OF VETERANS AFFAIRS, | |
| Defendant. | |

STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), it is stipulated and agreed, by and between the parties hereto, by and through their respective counsel, that all claims brought by Plaintiff William C. Park against Defendant Department of Veterans Affairs are hereby dismissed with prejudice, each party to bear its own fees and costs.

//

//

This stipulation has been signed by counsel for all parties who have made an appearance in this action.

DATED: Jan 24, 2007, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELBRIDGE W. SMITH

By _____
EDRIC M. CHING
Assistant U.S. Attorney

Attorney for Plaintiff
WILLIAM C. PARK

Attorneys for Defendant
DEPARTMENT OF VETERANS AFFAIRS

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

William C. Park v. Department of Veterans Affairs; Civil No. 04-00703 DAE BMK; STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER

2