ORIGINAL

**SMITH HIMMELMANN**
Attorneys at Law • A Law Corporation
**ELBRIDGE W. SMITH** [HI #2079]
**RAYMOND W. LAING** [CA#118124]
745 Fort Street, Suite 311
Honolulu, Hawaii 96813
Telephone No.: (808) 523-5050
Fax No.: (808) 538-1382
Email: shlaw@hawaii.rr.com

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 29 2007

at __ o'clock and __ min. __M
SUE BEITIA, CLERK

LODGED

JAN 26 2007
2:10 pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM C. PARK<br><br>           Plaintiff,<br><br>vs.<br><br>U.S. Department of VETERANS AFFAIRS;<br>R. JAMES NICHOLSON, Secretary,<br>Department of Veterans Affairs,<br><br>           Defendants. | CIVIL NO. CV04 00703 DAE/BMK<br><br>STIPULATION TO DEPOSIT AND TO RELEASE SETTLEMENT FUNDS;<br>ORDER |

H:\CLIENTS\Park\Settlement\01-24-07 Stipulation to Deposit and Release Settlement Funds; Order.wpd

### STIPULATION TO DEPOSIT AND TO RELEASE SETTLEMENT FUNDS

Pursuant to the Stipulation For Compromise Settlement And Release dated December 7, 2006 and the Stipulation For Dismissal With Prejudice dated January 24, 2007, Defendant shall forthwith deposit to the Clerk, United States District Court of Hawaii who shall receive such funds in the amount of SIXTY TWO THOUSAND FIVE HUNDRED AND NO/100 DOLLARS ($62,500.00). The Clerk shall deposit these funds in an appropriate Court account.

The parties agree that all further conditions of the Settlement Agreement have been met, to wit: Defendants have no dispute with Plaintiff's billing in the amount of $62,500.00; OPM has now approved Plaintiff's VERA Retirement Application; Plaintiff has and does hereby verify that his official personnel and all supervisory files have been properly corrected.

The parties having so agreed and the Court, finding good cause therefor, hereby directs and orders the Clerk, United States District Court of Hawaii, to forthwith issue and deliver to Plaintiff's Counsel, SMITH HIMMELMANN, Attorneys at Law, A (Hawaii) Law Corporation, a check in the amount of $62,500.00.

DATED at Honolulu, Hawaii.

_____
Edric M. Ching
Assistant U.S. Attorney
Attorneys for Defendant

____1/24/07____
Date

_____
Elbridge W. Smith
Attorney for Plaintiff

____Jan 24 2007____
Date

_____
William C. Park
Plaintiff

____1-24-07____
Date

APPROVED AND SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

William C. Park v. Department of Veterans Affairs; Civil No. 4-00703 DAE BMK;
STIPULATION TO DEPOSIT AND TO RELEASE SETTLEMENT FUNDS; ORDER